IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
ROBERT WERNER WEGE, and : CHAPTER 13
NANCY ELIZABETH WEGE, :
      Husband and Wife, : CASE NO. 1:20-bk-00513
       :
      Debtors :

## ORDER CONFIRMING CHAPTER 13 PLAN

The Chapter 13 Plan was filed on February 11, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.