# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Robert Werner Wege  
Nancy Elizabeth Wege  
                Debtor(s)

**BK NO. 20-00513 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Metropolitan Life Company c/o Community Loan Servicing, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ **Rebecca Solarz**  
Rebecca Solarz  
26 Jan 2022, 14:34:20, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322