In re:                                                                     Case No. 20-00513-HWV

Robert Werner Wege                                 Chapter 13

Nancy Elizabeth Wege

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                                 Page 1 of 2

Date Rcvd: Aug 17, 2022                         Form ID: trc                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5365308 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 17 2022 18:42:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Janet M. Spears | |

|  |  |
|---|---|
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 2 Nancy Elizabeth Wege staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Robert Werner Wege staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00513-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert Werner Wege<br>5191 Glen Echo Road<br>Glen Rock PA 17327 | Nancy Elizabeth Wege<br>5191 Glen Echo Road<br>Glen Rock PA 17327 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC | Nationstar Mortgage LLC<br>P.O. Box 619094<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/19/22

Terrence S. Miller
**CLERK OF THE COURT**