United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Robert Werner Wege<br>Nancy Elizabeth Wege<br>    Debtors | Case No. 20-00513-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 26, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5605442 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 26 2024 18:40:00 | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Metropolitan Life Insurance Company, c/o Rushmore Servicing 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |

Janet M. Spears

on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Michael Patrick Farrington

on behalf of Creditor BAYVIEW LOAN SERVICING LLC tue67813@temple.edu

Michael Patrick Farrington

on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing LLC tue67813@temple.edu

Roger Fay

on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net

Thomas E. Miller

on behalf of Debtor 1 Robert Werner Wege staff@tommillerlawoffice.com

Thomas E. Miller

on behalf of Debtor 2 Nancy Elizabeth Wege staff@tommillerlawoffice.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00513-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Werner Wege
5191 Glen Echo Road
Glen Rock PA 17327

Nancy Elizabeth Wege
5191 Glen Echo Road
Glen Rock PA 17327

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2024.

**Name and Address of Alleged Transferor(s):**

Claim No. 10: Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Metropolitan Life Insurance Company, c/o Rushmore Servicing

**Name and Address of Transferee:**

Metropolitan Life Insurance Company
Fay Servicing, LLC
Bankruptcy Department
PO Box 814609
Dallas, TX 75381-4609
Metropolitan Life Insurance Company

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/28/24

Terrence S. Miller
**CLERK OF THE COURT**