United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert Werner Wege  
Nancy Elizabeth Wege  
    Debtors

Case No. 20-00513-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 20, 2025      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Werner Wege, Nancy Elizabeth Wege, 5191 Glen Echo Road, Glen Rock, PA 17327-8187 |
| 5300376 | | Bayview Loan Servicing LLC, P.O. Box 650091, Dallas, TX 75265-0091 |
| 5632623 | | Metropolitan Life Insurance Company, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5632624 | + | Metropolitan Life Insurance Company, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 Metropolitan Life Insurance Company 75381-4609 |
| 5306467 | + | Timonium Surgery Center, 1954 Greenspring Drive, Suite LL 18, Lutherville Timonium, MD 21093-4116 |
| 5300395 | | Torres Credit Services, Inc., P.O. Box 189, Carlisle, PA 17013-0189 |
| 5300396 | | UPMC Pinnacle, PO Box 927830, San Diego, CA 92192-7830 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 20 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Mar 20 2025 22:40:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300373 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 18:47:27 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 5314996 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 18:47:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5300377 | | Email/Text: bankruptcy@bbandt.com | Mar 20 2025 18:40:00 | BB&T, BB&T Item Processing Center, P.O. Box, Charlotte, NC 28258-0048 |
| 5302159 | + | Email/Text: bankruptcy@bbandt.com | Mar 20 2025 18:40:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5300374 | | EDI: TSYS2 | Mar 20 2025 22:40:00 | BarclayCard Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 5300375 | + | EDI: TSYS2 | Mar 20 2025 22:40:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 5303722 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 20 2025 18:40:00 | Bayview Loan Servicing, LLC, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 5472555 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 20 2025 18:39:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5300379 | + | EDI: CAPITALONE.COM | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5300378 | EDI: CAPITALONE.COM | Mar 20 2025 22:40:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5311083 | EDI: CAPITALONE.COM | Mar 20 2025 22:40:00 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 5313937 | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| | | Mar 20 2025 18:47:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5300380 | + EDI: JPMORGANCHASE | Mar 20 2025 22:40:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 5300381 | + Email/Text: bknotice@raslavrar.com | Mar 20 2025 18:40:00 | Citibank, N.A., c/o Robert Crawley, Esquire, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5322069 | EDI: CITICORP | Mar 20 2025 22:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5300382 | EDI: WFNNB.COM | Mar 20 2025 22:40:00 | Comenity - Dental First, PO Box 183003, Columbus, OH 43218-3003 |
| 5300575 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 20 2025 18:39:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 5300383 | Email/Text: ebnnotifications@creditacceptance.com | Mar 20 2025 18:39:00 | Credit Acceptance Corporation, P.O. Box 513, Southfield, MI 48037-0513 |
| 5300384 | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 18:40:00 | First National Bank Omaha, P.O. Box 2557, Omaha, NE 68103-2557 |
| 5320909 | EDI: JEFFERSONCAP.COM | Mar 20 2025 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5312179 | + Email/Text: RASEBN@raslg.com | Mar 20 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5300385 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 18:39:00 | Kohls Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 5300386 | + Email/Text: unger@members1st.org | Mar 20 2025 18:40:00 | Members 1st FCU, P.O. Box 2104, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5300387 | Email/Text: Mercury@ebn.phinsolutions.com | Mar 20 2025 18:40:00 | Mercury Card Services, P.O. Box 70168, Philadelphia, PA 19176-0168 |
| 5365308 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC 33146-1837 |
| 5562749 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 5365307 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 5320758 | + EDI: LCIBAYLN | Mar 20 2025 22:40:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 5605441 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 5605442 | + Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Metropolitan Life Insurance Company, c/o Rushmore Servicing 75261-9096 |
| 5562750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Metropolitan Life Insurance Company, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741, Metropolitan Life Insurance Company 75261-9096 |
| 5300388 | | EDI: CITICORP | Mar 20 2025 22:40:00 | NTB Credit Plan, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 5490207 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5490208 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 18:40:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5322063 | | EDI: PRA.COM | Mar 20 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5315682 | | EDI: Q3G.COM | Mar 20 2025 22:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5300390 | + | Email/Text: bknotice@raslavrar.com | Mar 20 2025 18:40:00 | RAS LaVar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5693767 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 18:47:26 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5693766 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 18:47:33 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5300392 | + | EDI: SYNC | Mar 20 2025 22:40:00 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 5300393 | | EDI: SYNC | Mar 20 2025 22:40:00 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5300391 | | EDI: CITICORP | Mar 20 2025 22:40:00 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 5300720 | + | EDI: AISACG.COM | Mar 20 2025 22:40:00 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300394 | | EDI: SYNC | Mar 20 2025 22:40:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5300397 | | Email/Text: lyonsbe2@upmc.edu | Mar 20 2025 18:40:00 | UPMC Pinnacle Hanover, 300 Highland Avenue, Hanover, PA 17331-2297 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Metropolitan Life Insurance Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5321760 | *+ | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300389 | ## | Peerless Credit Services, Inc., P.O. Box 518, Middletown, PA 17057-0518 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com  JSpears@ecf.courtdrive.com |
| Janet M. Spears | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| Laura Egerman | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing  LLC tue67813@temple.edu |
| Michael Patrick Farrington | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tue67813@temple.edu |
| Roger Fay | on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net |
| Thomas E. Miller | on behalf of Debtor 2 Nancy Elizabeth Wege staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 1 Robert Werner Wege staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Werner Wege<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–0798<br>EIN __-_____ |
| Debtor 2<br>(Spouse, if filing) | Nancy Elizabeth Wege<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–4993<br>EIN __-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00513–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Werner Wege                     Nancy Elizabeth Wege

3/20/25

**By the court:**

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　　page 2