# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Robert Werner Wege
    Nancy Elizabeth Wege

        Case No.: 1-20-00513 HWV

        Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Fay |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 2201 |
| Property Address if applicable: | 5191 Glen Echo Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4,574.01 |
| b. | Prepetition arrearages paid by the trustee: | $4,574.01 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $4,574.01 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 25, 2025

                                        Respectfully submitted,

                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Robert Werner Wege
Nancy Elizabeth Wege

Case No.: 1-20-00513 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Thomas E. Miller, Esquire
29 York St
Hanover PA 17331

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Robert Werner Wege
Nancy Elizabeth Wege
5191 Glen Echo Rd
Glen Rock PA 17327

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 25, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-00513    **ROBERT WERNER WEGE (DECEASED)**

NATIONSTAR MORTGAGE
PO BOX 619094

DALLAS, TX   75261-9741

**Acct No:** Glen Echo Rd - PRE-ARREARS

ARREARS - 5191 GLEN ECHO ROAD

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | |
|---|---|---|
| Amt Sched: $175,760.00 | Debt: $4,574.01 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $4,574.01 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031793 | $303.57 | $0.00 | $303.57 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029887 | $165.60 | $0.00 | $165.60 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $348.48 | $0.00 | $348.48 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $174.24 | $0.00 | $174.24 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026901 | $174.24 | $0.00 | $174.24 | 07/25/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/13/2023 | 2025984 | $167.40 | $0.00 | $167.40 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024024 | $334.80 | $0.00 | $334.80 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $167.40 | $0.00 | $167.40 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020990 | $334.80 | $0.00 | $334.80 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019990 | $167.40 | $0.00 | $167.40 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019039 | $167.40 | $0.00 | $167.40 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017996 | $176.58 | $0.00 | $176.58 | 10/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 08/17/2022 | 2015583 | $353.16 | $0.00 | $353.16 | 08/30/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 07/13/2022 | 2014544 | $164.34 | $0.00 | $164.34 | 07/22/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 05/17/2022 | 2012512 | $328.68 | $0.00 | $328.68 | 05/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 04/12/2022 | 2011460 | $164.34 | $0.00 | $164.34 | 04/26/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 03/16/2022 | 2010445 | $164.34 | $0.00 | $164.34 | 03/29/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 01/19/2022 | 2008465 | $328.68 | $0.00 | $328.68 | 01/27/2022 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 12/15/2021 | 2007452 | $164.34 | $0.00 | $164.34 | 12/24/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 11/16/2021 | 2006426 | $164.34 | $0.00 | $164.34 | 11/29/2021 |
| 520-0 | COMMUNITY LOAN SERVICING LLC | | 10/14/2021 | 2005380 | $59.88 | $0.00 | $59.88 | 10/27/2021 |
| | | | | Sub-totals: | $4,574.01 | $0.00 | $4,574.01 | |
| | | | | Grand Total: | $4,574.01 | $0.00 | | |