**Outlook**

## U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Robert Werner Wege, Case Number: 20-00513, HWV, Ref: [p-229676909]

**From** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Date** Fri 3/21/2025 12:27 PM
**To** staff tommillerlawoffice.com <staff@tommillerlawoffice.com>

*[FILED 25 MAR 26 PM 1:55 / CLERK US COURT, PA MD]*
*ONLE*

📎 1 attachment (60 KB)
B_P120005133180W0268.PDF;

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

March 22, 2025

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Robert Werner Wege, Case Number 20-00513, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

> U.S. Bankruptcy Court
> Sylvia H. Rambo US Courthouse
> 1501 N. 6th Street
> Harrisburg, PA 17102

Undeliverable Address:
NATIONSTAR MORTGAGE LLC

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*Mr. Cooper*

*PO Box 7729, Springfield, OH 45501*

Undeliverable Address:
Metropolitan Life Insurance Company

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

PO Box 371487
Pittsburgh, PA 15250-7487

Undeliverable Address:
Peerless Credit Services, Inc.
P.O. Box 518
Middletown, PA 17057-0518

Role type/cr id: 5300389
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

725 Maple Road
Middletown, PA 17057-2857

_____        __3/21/2025__
Signature of Debtor or Debtor's Attorney            Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**