| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robert Werner Wege |
| Debtor 2 (Spouse, if filing) | Nancy Elizabeth Wege |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:20-bk-00513-HWV |

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Metropolitan Life Insurance Company

**Court claim no. (if known):** 10

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2201

**Property address:** 5191 Glen Echo Rd
Number      Street

Glen Rock, PA 17327
City      State      ZIP Code

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 06/01/2025
MM/DD/YYYY

**Post-petition payment amount is $1,644.25.**

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:                                     (a) $      0.00

b. Total fees, charges, expenses, escrow, and costs outstanding          +(b) $      0.00

c. **Total.** Add lines a and b                                          (c) $      0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on: _____
MM/DD/YYYY

| Debtor 1 | **Robert Werner Wege** | Case number 1:20-bk-00513-HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Reka Beane
Signature

Date: 04/14/2025

Print: Reka Beane
First Name   Middle Name   Last Name

Title: Authorized Agent for the Creditor

Company: McCalla Raymer Leibert Pierce, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 325 Chestnut Street, Suite 725
Number   Street

Philadelphia, PA 19106
City   State   Zip Code

Contact phone: 954-332-9370

Email: Reka.Beane@mccalla.com

| | |
|---|---|
| In Re: Robert Werner Wege<br>Nancy Elizabeth Wege | Bankruptcy Case No.: 1:20-bk-00513-HWV<br>Chapter: 13<br>Chief Judge: Henry W. Van Eck |

CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Robert Werner Wege
5191 Glen Echo Road
Glen Rock, PA 17327

Nancy Elizabeth Wege
5191 Glen Echo Road
Glen Rock, PA 17327

Thomas E. Miller, Esq.     *(served via ECF Notification)*
Becker Law Group, P.C.
529 Carlisle Street
Hanover, PA 17331

Jack N Zaharopoulos, Trustee     *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee     *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  04/14/2025   By:  /s/Reka Beane
              (date)            Reka Beane,
                                Authorized Agent for the Creditor