United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00513-HWV |
| Robert Werner Wege | Chapter 13 |
| Nancy Elizabeth Wege | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 25, 2025      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Robert Werner Wege, Nancy Elizabeth Wege, 5191 Glen Echo Road, Glen Rock, PA 17327-8187

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

Janet M. Spears
     on behalf of Creditor Metropolitan Life Insurance Company bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Janet M. Spears
     on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com

Laura Egerman

| | |
|---|---|
| | on behalf of Creditor Metropolitan Life Insurance Company laura.egerman@mccalla.com legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Metropolitan Life Company c/o Community Loan Servicing LLC tue67813@temple.edu |
| Michael Patrick Farrington | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING LLC tue67813@temple.edu |
| Roger Fay | |
| | on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net |
| Thomas E Miller | |
| | on behalf of Debtor 1 Robert Werner Wege tmiller@beckerlawgrouppc.com |
| Thomas E Miller | |
| | on behalf of Debtor 2 Nancy Elizabeth Wege tmiller@beckerlawgrouppc.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Werner Wege,<br>**Debtor 1**<br>Nancy Elizabeth Wege,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:20−bk−00513−HWV |

Social Security No.:
xxx−xx−0798    xxx−xx−4993

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 25, 2025

**fnldec** (01/22)